```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: EX PARTE APPLICATION OF NIKE          1:23-MC-00221 (ALC)(KHP)
SHIPHOLDING CORPORATION
PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT      **ORDER RESCHEDULING**
DISCOVERY FOR USE IN A FOREIGN PROCEEDING    **PRE-MOTION**
-----------------------------------------------------------------X   **CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Pre-motion conference in this matter scheduled for Friday, January 12, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Friday, January 12, 2024 at 9:30 a.m.**

SO ORDERED.

DATED:    New York, New York
          January 10, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge

1