```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE: EX PARTE APPLICATION OF NIKE            1:23-MC-00221 (ALC)(KHP)
SHIPHOLDING CORPORATION
PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT        <u>ORDER RESCHEDULING</u>
DISCOVERY FOR USE IN A FOREIGN PROCEEDING      <u>PRE-MOTION</u>
-----------------------------------------------------------------X    <u>CONFERENCE</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

　　A case management conference in this matter is scheduled for Monday, April 1, 2024 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

**DATED:**　　New York, New York
　　　　　　　February 26, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge

1