# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 03/19/2024**

**MEMO ENDORSED**

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | HELENA S. FRANCESCHI | TELEPHONE: (212) 701-3000 | JOHN MacGREGOR | |
| PETER J. ARMENIO | JOAN MURTAGH FRANKEL | WWW.CAHILL.COM | TRISTAN E. MANL... | |
| HELENE R. BANKS | JONATHAN J. FRANKEL | | BRIAN T. MARKLE... | JOSIAH M. SLOTNICK |
| ANIRUDH BANSAL | SESI GARIMELLA | | MEGHAN N. McDERMOTT | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | ARIEL GOLDMAN | 1990 K STREET, N.W. | WILLIAM J. MILLER | SUSANNA M. SUH |
| CHRISTOPHER BEVAN | PATRICK GORDON | WASHINGTON, DC 20006-1181 | EDWARD N. MOSS | SEAN R. TIERNEY |
| BROCKTON B. BOSSON | JASON M. HALL | (202) 862-8900 | JOEL MOSS | JOHN A. TRIPODORO |
| JONATHAN BROWNSON * | STEPHEN HARPER | | NOAH B. NEWITZ | HERBERT S. WASHER |
| DONNA M. BRYAN | CRAIG M. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | WARREN NEWTON § | FRANK WEIGAND |
| EMEKA C. CHINWUBA | TIMOTHY B. HOWELL | 20 FENCHURCH STREET | JULIANA OBREGON | MICHAEL B. WEISS |
| JOYDEEP CHOUDHURI * | COLLEEN TRACY JAMES | LONDON EC3M 3BY | JAVIER ORTIZ | MILES C. WILEY |
| JAMES J. CLARK | DAVID G. JANUSZEWSKI | +44 (0) 20 7920 9800 | DAVID R. OWEN | DAVID WISHENGRAD |
| CHRISTOPHER W. CLEMENT | JAKE KEAVENY | | JOHN PAPACHRISTOS | C. ANTHONY WOLFE |
| AYANO K. CREED | BRIAN S. KELLEHER | | LUIS R. PENALVER | ELIZABETH M. YAHL |
| PRUE CRIDDLE ± | RICHARD KELLY | WRITER'S DIRECT NUMBER | SHEILA C. RAMESH | |
| SEAN M. DAVIS | CHÉRIE R. KISER ‡ | | MICHAEL W. REDDY | |
| STUART G. DOWNING | JOEL KURTZBERG | | OLEG REZZY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| ADAM M. DWORKIN | TED B. LACEY | | THOMAS ROCHER * | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ANASTASIA EFIMOVA | ANDREW E. LEE | | PETER J. ROONEY | |
| SAMSON A. ENZER | ALIZA R. LEVINE | | MATTHEW E. ROSENTHAL | ‡ ADMITTED IN DC ONLY |
| JAMES Z. FANG | JOEL H. LEVITIN | | THORN ROSENTHAL | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| GERALD J. FLATTMANN JR. | MARK LOFTUS | | TAMMY L. ROY | |

(212) 701-3207

March 18, 2024

Re: *In re Application of Nike Shipholding Corporation*,
23 Misc. 221 (ALC) (KHP)

Dear Judge Parker:

A case management conference in the above-referenced matter is scheduled for April 1, 2024 at 2:00 P.M. (ECF 22). I am scheduled to take a trip with my family over Easter weekend, from which we were planning to return (by plane) the evening of April 1. Accordingly, I am writing respectfully to request that the conference be adjourned to another day that week that is convenient for the Court.

I have consulted with counsel for Nike, and they do not object to this request, and indicated that they are available April 2 or April 4 (on which dates I would also be available). Please let me know if the Court requires further information in connection with this request.

Respectfully Submitted,

/s/ Anirudh Bansal
Anirudh Bansal

---

**APPLICATION GRANTED:** The **Case Management Conference in this matter scheduled for Monday, April 1, 2024 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Thursday, April 4, 2024 at 2:00 p.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
03/19/2024