**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: APPLICATION OF

**NIKE SHIPHOLDING CORPORATION,**

For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings

**23-mc-221 (ALC) (KHP)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

This action was a limited proceeding pursuant to 28 U.S.C. § 1782, asking the Court's assistance in obtaining documentary evidence for use in a foreign proceeding. As Respondents have complied with the request for documents and no further searches or production is required (ECF No. 33), the Clerk of Court is respectfully directed to terminate this action.

**SO ORDERED.**

**Dated:** November 24, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**